THE PEOPLE OF THE STATE OF CALIFORNIA v. A. J. MILLSAPS.

PRESUMPTIONS—EXCUSING GRAND JURORS.—Where, on a motion to set aside an indictment for alleged errors committed in empanelling the grand jury by which the indictment was found, it was shown, only, that certain persons who had been drawn as such jurors were excused by the Court, the cause therefor not appearing: *Held*, that it will be presumed, in the absence of a showing to the contrary, that the Court did not excuse said persons without legal cause.

APPEAL from the District Court, Tenth Judicial District, Colusa County.

The defendant, who had been indicted by the grand jury of Colusa County for murder, was convicted of the crime of manslaughter. Before pleading to the indictment, the defendant moved to set it aside, because of divers alleged defects and irregularities in drawing and empanelling the grand jury by which it was found. It appeared on the hearing of the motion that in this case no record was preserved of certain of the statutory proceedings required to be taken in drawing grand jurors, but the proceedings taken, so far as shown, were regular and sufficient. Whether the said proceedings not shown were in fact taken correctly or taken at all, did not appear at said hearing. No showing was made at said hearing respecting the empanelling of said grand jury, except that the County Court excused therefrom (cause not stated) certain persons who had been drawn as grand jurors, and that certain other persons who had been summoned from the body of the county for the purpose of completing said grand jury, filled the places of those so excused.

*J. O. Goodwin*, for Appellant.

*Jo Hamilton, Attorney General*, for the People.


By the Court, SPRAGUE, J.:

The record discloses no error in drawing or empanelling the grand jury. The presumption is, that the Court did not excuse persons summoned as grand jurors without legal cause. (*People* v. *Hidden*, 32 Cal. 445.) And section ten of the Act concerning jurors, applicable to Colusa County, (Stats. 1863–4, p. 526,) authorizes the Court to order the Sheriff to summon from the body of the county * * * a sufficient number to complete the grand jury, in case o

those originally summoned a sufficient number cannot be obtained to form a·grand jury of seventeen.

Judgment affirmed.

Mr. Justice SANDERSON expressed no opinion.